UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| KEVIN LANNAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00210-RLY-CSW |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and

against the petitioner. The petition for writ of habeas corpus relating to BTC 23-06-0777 is **denied**

and this action is **dismissed with prejudice.**

Date:  7/28/2025

Kristine L. Seufert, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

KEVIN LANNAN
172608
CORRECTIONAL INDUSTRIAL FACILILTY
CORRECTIONAL INDUSTRIAL FACILITY
Electronic Service Participant – Court Only

Monika P. Talbot
INDIANA ATTORNEY GENERAL
monika.talbot@atg.in.gov